UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) CASE NO. 3:20-cv-00379 JWD-SDJ |
| v. | ) |
| | ) **PLAINTIFF'S CERTIFICATION OF NOTIFICATION** |
| LOUISIANA STATE UNIVERSITY, *et al.*, | ) |
| Defendants. | ) |

Pursuant to Local Rule 65, the undersigned attorney for Plaintiffs hereby certifies to the Court as follows:

1. On June 18, 2020, I called, texted, and emailed Winston DeCuir, counsel for Defendants, and notified him that on close of business June 17, 2020. I would be filing a Verified Complaint, a Motion for Temporary Restraining Order and Preliminary Injunction, a Motion for Expedited Discovery, and a Motion to Proceed Under a Pseudonym.

2. I also provided to Winston DeCuir, via email, a copy of the Verified Complaint, Motion for Temporary Restraining Order and Preliminary Injunction, a Motion for Expedited Discovery, a Motion to Proceed under a Pseudonym, and this Certification of Notification.

3. The undersigned further certifies that such efforts have been made in sufficient time to allow Defendant and/or his attorney to appear and protect his rights herein.

4. Additional notice should not be required since, unless Defendant is restrained, immediate and irreparable harm will occur.

{K0795190.1}

Respectfully Submitted,

*/s/ John S. McLindon*
**John S. McLindon (La Bar Roll No. 19703)**
**Brant M. Mayer    (La Bar Roll No. 36569)**
12345 Perkins Road, Building 2-Suite 202
Baton Rouge, LA 70810
P: (225) 408-0362
F: (877) 241-2631
E: mclindon@lawbr.net; mayer@lawbr.net

**Susan C. Stone*  (Ohio Atty R. No. 0064445)**
**Kristina W. Supler* (Ohio Atty R. No. 0080609)**
KOHRMAN JACKSON & KRANTZ, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com

*\*Motion to Admit Pro Hac Vice pending*
*Counsel for Plaintiff John Doe*