UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **NO.:20-00379-BAJ-SDJ** |

### ORDER

Considering Plaintiff's **Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 3)**,

**IT IS ORDERED** that a telephone status conference is scheduled for Monday, June 22, 2020, at 2:00 p.m. The Court will provide the parties with the call-in information on the day of the conference.

Baton Rouge, Louisiana, this 19th day of June, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**