UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **NO.: 20-00379-BAJ-SDJ** |

## ORDER

Considering the Plaintiff's **Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 3)**,

**IT IS ORDERED** that Defendants shall file a response to Plaintiff's Motion on or before Friday, June 26, 2020.

**IT IS FURTHER ORDERED** that a hearing on the Motion is scheduled for Wednesday, July 1, 2020, at 10:00 a.m. via Zoom. The Court will provide the access information to the parties on the day of the hearing.

Baton Rouge, Louisiana, this 22ND day of June, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**