# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**JOHN DOE**                                                              **CIVIL ACTION**

**VERSUS**                                                                **NO. 20-379-BAJ-SDJ**

**LOUISIANA STATE UNIVERSITY, ET AL.**

## PROTECTIVE ORDER

**IT IS HEREBY ORDERED** that:

(a)   Plaintiff shall be permitted to proceed in this litigation using a pseudonym;

(b)   Plaintiff's accuser also will be referred to by a pseudonym in this litigation;

(c)   The real names of Plaintiff and his accuser shall be placed under seal, and a copy of that filing shall be served on Defendants in a manner other than through the Court's electronic filing system; and

(d)   Defendants, their employees, agents, and successors in office, including their attorneys, shall be prohibited from disclosing the real names of Plaintiff and/or his accuser without leave of the Court to anyone other than counsel of record in this litigation.

(e)   The parties shall confer regarding discovery procedures, including the terms of a proposed protective order, in order to ensure that Defendants are able to seek appropriate discovery regarding Plaintiff while still preserving his anonymity.

Signed in Baton Rouge, Louisiana, on June 30, 2020.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**