## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | : |
| | : |
| VERSUS | :    NO. 3:20-CV-00379 BAJ-SDJ |
| | : |
| LOUISIANA STATE UNIVERSITY, *et al.* | : |

### MOTION FOR LEAVE TO SUBSTITUTE PREVIOUSLY FILED EXHIBIT TO MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (DOC. 17-2) WITH FULLY REDACTED EXHIBIT

**NOW INTO COURT**, come Defendants, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, and Thomas C. Galligan, Jr., in his official capacity as Interim President of Louisiana State University (collectively, "LSU"), who respectfully ask this Court for leave to substitute their originally filed Exhibit 2 to Memorandum in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 17-2), with a fully redacted exhibit, for the reasons that follow.

LSU filed its Memorandum in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 17) in this proceeding on June 26, 2020. LSU inadvertently included, as an exhibit to the memorandum, the name of a participant in the underlying university disciplinary proceeding. The name of the participant should have been fully redacted throughout the Title IX Investigation Report (Doc. 17-2).

Accordingly, LSU seeks leave to substitute the exhibit with a now fully redacted exhibit. LSU represents that it has not altered its exhibit in any way other than to redact the name of the participant from the document originally filed as Doc. 17-2, identified above.

2372149.v1

- 2 -

Counsel for LSU has conferred with counsel for Plaintiff, who has no objection to the motion.

**WHEREFORE**, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, and Thomas C. Galligan, Jr., in his official capacity as Interim President of Louisiana State University, respectfully pray for an order from this Honorable Court granting leave to substitute the attached exhibit for Doc. 17-2.

Respectfully Submitted:

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

By: **/s/ David J. Shelby, II**
    Vicki M. Crochet, Bar #4614
    David J. Shelby, II, Bar #22614
    Robert W. Barton, Bar #22936
    Leah C. Cook, Bar #37641
    450 Laurel Street, 8th Floor (70801)
    P.O. Box 2471
    Baton Rouge, LA 70821-2471
    Telephone: (225) 387-3221
    Facsimile: (225) 346-8049
    Email: vicki.crochet@taylorporter.com
    david.shelby@taylorporter.com
    bob.barton@taylorporter.com
    leah.cook@taylorporter.com

Attorneys for Defendants