UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>LOUISIANA STATE UNIVERSITY, *et al.*, )<br>)<br>        Defendants. )<br>)<br>) | CASE NO. 3:20-cv-00379 JWD-SDJ<br><br>**<u>NOTICE OF VOLUNTARY DISMISSAL</u>** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff John Doe hereby voluntarily dismisses this cause of action in its entirety without prejudice.

Respectfully Submitted,

*/s/ Kristina W. Supler*
Susan C. Stone (*pro hac vice*)
Kristina W. Supler (*pro hac vice*)
Kohrman Jackson & Krantz, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com

John S. McLindon
Brant M. Mayer
12345 Perkins Road, Building 2-Suite 202
Baton Rouge, LA 70810
P: (225) 408-0362
F: (877) 241-2631
E: mclindon@lawbr.net; mayer@lawbr.net

*Counsel for Plaintiff John Doe*

{K0801542.1}

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Voluntary Dismissal was filed electronically on this 30th day of July, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Kristina W. Supler*
Kristina W. Supler