# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | |
| **LOUISIANA STATE UNIVERSITY C/O THOMAS C. GALLIGAN, JR., INTERIM PRESIDENT, ET AL.** | **NO. 20-00379-BAJ-RLB** |

## JUDGMENT

Considering Plaintiffs' Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) **(Doc. 30)**,

**IT IS ORDERED, ADJUDGED** and **DECREED** that Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 23rd day of September, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**